UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UTKARSHKUMAR UMAR TRIVEDI
(A-Number: 215-795-308),

Petitioner,

v.

CHRISTOPHER CHESTNUT, *et al.*,

Respondents.

Case No.  1:26-cv-00041-DC-JDP

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(ECF No. 15)

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 15.  Neither party has filed objections.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 30, 2026, ECF No. 15, are ADOPTED;

2. The petition for writ of habeas corpus, ECF No. 1, is DENIED; and

1

3.  The Clerk of the Court is directed to enter judgment in favor of Respondents and close this case.

IT IS SO ORDERED.

Dated:    **June 11, 2026**

_____
Dena Coggins
United States District Judge

2